IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02478-AP

ARTHUR J. NIEVES,

      Plaintiff,

   v.

MICHAEL J. ASTRUE,[1] Commissioner of Social Security,

Defendant.

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASE**

**1.    APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

| | |
|---|---|
| BRANDI L. STUDER<br>Midland Professional Associates<br>5020 Bob Billings Parkway<br>Lawrence, KS 66049<br>bstuder@midlandgroup.com<br>785-832-8521<br><br>Attorney for Plaintiff | TROY A. EID<br>United States Attorney<br><br>KURT J. BOHN<br>Assistant U.S. Attorney<br>kurt.bohn@usdoj.gov<br><br>Debra J. Meachum<br>Special Assistant U.S. Attorney<br>1961 Stout Street, Suite 1001A<br>Denver, Colorado 80294<br>Telephone: (303) 844-1570<br>debra.meachum@ssa.gov<br>Attorneys for Defendant |

**2.    STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

    The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

---

[1] On February 12, 2007, Michael J. Astrue became the Commissioner of Social Security and should, therefore, be substituted for Commissioner Jo Anne B. Barnhart as Defendant in this action. *See* 42 U.S.C. § 405(g); Fed. R. Civ. P. 25(d)(1).

**3.   DATES OF FILING OF RELEVANT PLEADINGS**

    A.    Date Complaint Was Filed:  12/11/06
    B.    Date Complaint Was Served on U.S. Attorney's Office: 5/30/07
    C.    Date Answer and Administrative Record Were Filed:  6/6/07

**4.   STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

The record is complete.

**5.   STATEMENT REGARDING ADDITIONAL EVIDENCE**

None anticipated.

**6.   STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

None.

**7.   OTHER MATTERS**

None.

**8.   PROPOSED BRIEFING SCHEDULE**

| | | |
|---|---|---|
| A. | **Plaintiff's Opening Brief Due:** | August 13, 2007 |
| B. | **Defendant's Response Brief Due:** | September 13, 2007 |
| C. | **Plaintiff's Reply Brief (if any) Due:** | September 28, 2007 |

**9.   STATEMENTS REGARDING ORAL ARGUMENT**

Oral argument not requested.

**10.   CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

    A.    **(   ) All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

    B.    **( x ) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11.   OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY

OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL *PRO SE* PARTIES.

**12.    AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.

DATED this 25th day of June, 2007.

             BY THE COURT:

              <u>*S/John L. Kane*</u>
             U.S. DISTRICT COURT JUDGE

APPROVED:

| | |
|---|---|
| S/BRANDI L. STUDER 6/22/07<br>BRANDI L. STUDER<br>Midland Professional Associates<br>5020 Bob Billings Parkway<br>Lawrence, KS 66049<br>bstuder@midlandgroup.com<br>785-832-8521<br><br>Attorney for Plaintiff | TROY A. EID<br>United States Attorney<br><br>KURT J. BOHN<br>Assistant U.S. Attorney<br>kurt.bohn@usdoj.gov<br><br>By:  s/Debra J. Meachum 6/22/07<br>     Debra J. Meachum<br>     Special Assistant U.S. Attorney<br>     1961 Stout Street, Suite 1001A<br>     Denver, Colorado  80294<br>     Telephone:  (303) 844-1570<br>     debra.meachum@ssa.gov<br>     Attorneys for Defendant. |