IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Action No. 06-cv-02478-AP

ARTHUR J. NIEVES,

     Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security

     Defendant.

## MINUTE ORDER[1]

     The matter comes before the court on the plaintiff's **Motion For Attorneys' Fees** [#25] filed October 15, 2008. The motion is **DENIED** for failure to comply with D.C.COLO.LCivR 7.1A.

     Dated: October 20, 2008

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.